UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HARDY,

       Plaintiff,                          Case No. 05-73360

v.                                     District Judge Denise Page Hood
                                           Magistrate Judge R. Steven Whalen

VISTEON CORPORATION, INC.,

       Defendant.
_____/

**ORDER**

     Before the Court is Plaintiff's Motion to Amend Complaint [Docket #13] to add Ford Motor Company as a Defendant. The Court having heard argument on April 11, 2006, and being fully advised,

     IT IS ORDERED that Plaintiff's Motion to Amend Complaint [Docket #13] is GRANTED.

                                                S/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 11, 2006.

                                                S/Gina Wilson

Judicial Assistant